IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-765-D

| | | |
|---|---|---|
| WANZA COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WAKE COUNTY BOARD OF | ) | |
| EDUCATION, | ) | |
| | ) | |
| Defendant, | ) | |

Plaintiff's motion to file an amended complaint [D.E. 15] is GRANTED. Defendant's motion to dismiss [D.E. 11] is DENIED. The amended complaint is due no later than January 9, 2017. Defendant may plead in response to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This 28 day of December 2016.

JAMES C. DEVER III
Chief United States District Judge