IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-765-D

| | |
|---|---|
| WANZA COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WAKE COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

On February 3, 2017, defendant moved to dismiss plaintiff's amended complaint [D.E. 21]. See Fed. R. Civ. P. 12(b)(6). On March 17, 2017, plaintiff responded in opposition [D.E. 26].

The court has considered the motion and amended complaint under the governing standard. The motion to dismiss [D.E. 21] is DENIED. Whether plaintiff will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 10 day of April 2017.

JAMES C. DEVER III
Chief United States District Judge