IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-765

| | |
|---|---|
| WANZA COLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **JOINT MOTION TO STAY** |
| ) | **DISCOVERY** |
| WAKE COUNTY BOARD OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the Joint Motion to Stay Discovery submitted by Defendant Wake County Board of Education and Plaintiff Wanza Cole (collectively, the "Parties"), and for good cause shown,

The Parties' motion is hereby GRANTED; and it is further

ORDERED that all discovery in this civil action, including all deadlines and requirements for conference activities and any and all discovery requirements in the current Scheduling Order be STAYED until the Parties notify the Court that Plaintiff's currently pending Charge of Discrimination has been resolved by the Equal Employment Opportunity Commission ("EEOC"). The Parties shall notify the Court within ten (10) days of receiving notice from the EEOC that Plaintiff's Charge of Discrimination has been resolved, including but not limited to issuance of a Dismissal and Notice of Rights letter by the EEOC. Plaintiff shall have thirty (30) days from receipt of notice from the EEOC regarding resolution of Plaintiff's Charge of Discrimination to seek leave of court to file a second amended complaint.

1

SO ORDERED this **30** day of October, 2017.

                                                    JAMES C. DEVER III
                                                  Chief United States District Judge