IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-765

| | |
|---|---|
| WANZA COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER GRANTING** |
| v. | ) **MOTION TO STAY** |
| | ) **DISCOVERY** |
| WAKE COUNTY BOARD OF | ) |
| EDUCATION, | ) |
| | ) |
| Defendant. | ) |

Upon consideration of the Motion to Stay Discovery submitted by Defendant Wake County Board of Education, and for good cause shown, the Defendant's motion is hereby GRANTED, and it is further ORDERED that all discovery in this civil action, including all deadlines and requirements for conference activities and any and all discovery requirements be STAYED pending resolution of Defendant's Motion for Partial Dismissal by the Court.

SO ORDERED. This _2_ day of October 2018.

JAMES C. DEVER III
Chief United States District Judge