## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

WANZA COLE,

    Plaintiff,

v.

WAKE COUNTY BOARD OF EDUCATION,

    Defendants.

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:16-CV-765-D**

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on October 22, 2018, the Plaintiff voluntarily dismissed all ADA and IIED claims.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS the defendant's motion for summary judgment [D.E. 66]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on March 2, 2020, and Copies To:**

| | |
|---|---|
| James E. Hariston, Jr. | (via CM/ECF electronic notification) |
| Colin Alexander Shive | (via CM/ECF electronic notification) |
| David B. Noland | (via CM/ECF electronic notification) |
| Adam S. Mitchell | (via CM/ECF electronic notification) |

DATE:

March 2, 2020

PETER A. MOORE, JR., CLERK

(By) /s/ Nicole Sellers

      Deputy Clerk